■ In the Matter of AUGUST SAVELLO, Petitioner, v LOUIS J. FRANK, as Commissioner of Police of the County of Nassau, Respondent.—Proceeding pursuant to CPLR article 78 to review respondent's determination, dated April 22, 1975, which, after a hearing, reprimanded petitioner and imposed two fines for his having violated certain rules and regulations of the Nassau County Police Department. Determination annulled, on the law, and charges dismissed, without costs or disbursements. No fact findings were presented for review in this proceeding. There was no substantial evidence in the record to support any of the charges. Martuscello, Acting P. J., Latham, Cohalan, Damiani and Titone, JJ., concur.

■ In the Matter of CLIFF W. SCHMIDT, Individually and as President of the Nassau County Patrolmen's Benevolent Association, Appellant, v M. HALSTEAD CHRIST, as Comptroller of the County of Nassau, et al., Respondents.—In a proceeding pursuant to CPLR article 78 *inter alia* to compel respondents to comply with a certain provision of a collective bargaining agreement, petitioner appeals from a judgment of the Supreme Court, Nassau County, entered July 28, 1975, which (1) declared that respondents did not breach the provision in question and (2) dismissed the petition. Judgment affirmed, with costs. On the record on this appeal, there was no breach of the collective bargaining agreement. Martuscello, Acting P. J., Latham, Cohalan, Damiani and Titone, JJ., concur.